UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SPE FO HOLDINGS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-3779** |
| **RETIF OIL & FUEL, LLC, ET AL** | **SECTION: "S" (5)** |

## ORDER AND REASONS

The motion to dismiss for lack of subject matter jurisdiction (Doc # 28) filed by third-party defendant, Ms. Roxanna Irwin, former acting U.S. Marshal for the Eastern District of Louisiana ("Marshal") is DENIED AS MOOT as all claims against her are DISMISSED.

The facts of this case are detailed in the court's disposition of a motion for summary judgment filed on behalf of SPE FO Holdings, LLC ("SPE") wherein the court determined that a document entitled "Building and Ownership Restrictions ("Restrictions") did not create a predial servitude, building restrictions or other real right as to property located at 1409 Dunn St. in Houma, Louisiana (Doc. #28).

This related motion concerns a claim by Retif Oil & Fuel, LLC ("Retif") that the Marshal issued an improper deed as to the Dunn St. property. Specifically, Retif claims that the Marshall's advertisement of the sale incorrectly stated that the Dunn St. property was being sold "free and clear

of all liens and encumbrances junior to the mortgages held by Textron Financial Corporation,"[1] and that the Marshal's Deed was also incorrect by stating that the Dunn St. property was sold "free and clear of all liens, mortgages, privileges and encumbrances of any nature or any kind whatsoever."[2] Because Retif's claims in this regard are related to Retif's claims that the Dunn St. property was subject to a predial servitude, building restrictions or other real right that "ran with the land," and those claims have been denied, clams against this party defendant are moot.

New Orleans, Louisiana, this __25th__ day of March, 2008.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**

---

[1] *See* Ex. 3 of the Memorandum in Opposition to Motion to Dismiss for Lack of Subject Matter Jurisdiction ("Opposition") (Doc. #33).

[2] *See* Ex. 6 of the Opposition (Doc. # 33).